IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Wilberta Smith-Bynum,<br><br>       Plaintiff,<br><br>    -v-<br><br>JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICA INC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC f/k/a IVAX LABORATORIES INC f/k/a BAKER NORTON PHARMACEUTICALS INC, and JOHNSON & JOHNSON<br><br>       Defendants. | Case No. 2:22-cv-02181 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Wilberta Smith-Bynum, together with Defendants, by and through their respective counsel of record, that the claims of Plaintiff, Wilberta Smith-Bynum be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Date: January 1, 2024

*Attorneys for Plaintiff*

s/*Stacy K. Hauer*
Timothy J. Becker MN #256663
Stacy K. Hauer MN #317093
JOHNSON BECKER
444 Cedar Street, Suite 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com
shauer@johnsonbecker.com

*Attorney for Defendants*
*Janssen Pharmaceuticals,*
*Inc. and Johnson & Johnson*

s/ *Michael C. Zogby*
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place. Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, Michael C. Zogby, hereby certify that January 1, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

/s/ *Michael C. Zogby*

It is so ordered this 3rd day of June, 2024.

Brian R. Martinotti, U.S.D.J.